In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-07-212 CR


____________________



JESSIE LEE BURKS, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 260th District Court


Orange County, Texas


Trial Cause No. D-070066-R






 MEMORANDUM OPINION


 Jessie Lee Burks entered a non-negotiated guilty plea to the first degree felony offense
of aggravated robbery. See Tex. Pen. Code Ann. § 29.03(a)(3)(A), (b) (Vernon 2003). The
trial court convicted Burks, assessed punishment at twenty years of confinement in the Texas
Department of Criminal Justice, Correctional Institutions Division, and cumulated the
sentence with a sentence imposed in another case on an earlier date.


 On appeal, Burks's counsel filed a brief that presents counsel's professional
evaluation of the record and concludes the appeal is frivolous. See Anders v. California, 386
U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); High v. State, 573 S.W.2d 807 (Tex. Crim.
App. 1978). On October 11, 2007, we granted an extension of time for the appellant to file
a pro se brief. We received no response from appellant. 

 We reviewed the appellate record, and we agree with counsel's conclusion that no
arguable issues support an appeal. Therefore, we find it unnecessary to order appointment
of new counsel to re-brief the appeal. Bledsoe v. State, 178 S.W.3d 824, 826-27 (Tex. Crim.
App. 2005); cf. Stafford v. State, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm
the trial court's judgment. (1)

 AFFIRMED.

 _________________________________

 HOLLIS HORTON

 Justice


Submitted on February 5, 2008

Opinion Delivered February 13, 2008 

Do Not Publish


Before McKeithen, C.J., Gaultney and Horton, JJ.

1. Appellant may challenge our decision in this case by filing a petition for discretionary
review. See Tex. R. App. P. 68.